# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140393

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLEO EDDISON MALLORY JR,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140393
COA: 293236
Wayne CC: 84-006635-01-FC

_____/

      On order of the Court, the application for leave to appeal the December 17, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

           Clerk